673 A.2d 922

**BENSON ZION & ASSOCIATES, Petitioner,**

**v.**

**Stephen and Marguerite J. LAGROSSA, Respondent.**

Supreme Court of Pennsylvania.

April 23, 1996.

## ORDER

**PER CURIAM:**

**AND NOW,** this *23rd* day of *April*, 1996, the Petition for Allowance of Appeal is granted and limited to the issue of whether the Superior Court properly addressed the imposition of costs. This is to be submitted on briefs.